## No. 977

REALTY HOLDING INC. et v. STATE

ex BELL

No. 20086.  Supreme Court

On motion to certify.  Dock. Sept. 4, 1926; 4 Abs. 623.

**985.  QUO WARRANTO—Can Court of Appeals, under a quo warranto proceeding, grant temporary restraining order, to oust corporation from state?**

The Holding Co. in the Supreme Court con-

tends that the Court of Appeals has no power upon a quo warranto, to oust corporation from doing business in state because it permitted gambling, or to grant temporary restraining order forbidding same company to conduct business in furtherance of its unlawful conduct.

Attorneys—Joseph Heintzman; and Pogue, Hoffheimer & Pogue for Company; Chas. S. Bell for State ex; all of Cincinnati.